# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 15-1277**                    **September Term, 2015**

**Filed On:** September 9, 2015

In re: State of West Virginia, et al.,

      Petitioners

----------------------------

Consolidated with 15-1284

**BEFORE:**   Henderson, Rogers, and Griffith, Circuit Judges

## O R D E R

Upon consideration of the emergency petition for extraordinary writ filed by West Virginia, et al., in No. 15-1277; the emergency renewed petition for extraordinary writ filed by Peabody Energy Corporation in No. 15-1284; the responses thereto; and the replies, it is

**ORDERED** that the petitions be denied because petitioners have not satisfied the stringent standards that apply to petitions for extraordinary writs that seek to stay agency action.  See Reynolds Metals Co. v. FERC, 777 F.2d 760, 762-63 (D.C. Cir. 1985); Washington Metro. Area Transit Comm'n v. Holiday Tours, Inc., 559 F.2d 841, 843 (D.C. Cir. 1977).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published.

**Per Curiam**

          **FOR THE COURT:**
          Mark J. Langer, Clerk

BY:    /s/
        Robert J. Cavello
        Deputy Clerk